**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Juan Carlos FLORES, Defendant–Appellant.**

No. 15–41296
**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Date Filed: 08/09/2016

Traci Lynne Kenner, Assistant U.S. Attorney, Tyler, TX, Ernest Gonzalez, Assistant U.S. Attorney, Plano; TX.

Juan Carlos Flores, Three Rivers, TX, Pro Se.

Before JOLLY, SMITH, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Juan Carlos Flores has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Flores has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Flores's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Flores's motion to appoint new counsel is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.